FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

Your name: JAMES CRAIG

Address: 31 PARK ROAD DUNRAGIT STRANRAER SCOTLAND DG98PT

**FILED**

JUL - 2 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Phone Number: +4401581400271

E-mail Address: cerrocoso31@gmail.com

Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

|  |  |
|---|---|
| _____ ) | Case Number: 3;15-CV-05076 _____ |
| _____SEC_____ ) | _____ |
| Plaintiff, ) | **NOTICE AND MOTION TO SET ASIDE** |
| vs. ) | **ENTRY OF DEFAULT AND** |
| _____ ) | **MEMORANDUM IN SUPPORT** |
| ____JAMES ALAN CRAIG____ ) | DATE: |
| _____ ) | 06/29/2018_____ |
| _____ ) | — |
| _____ ) | TIME: |
| Defendant. ) | _11AM_____ |
|  | COURTROOM: _____ |
|  | JUDGE: |
|  | Hon. |
|  | _BRIERS_____ |
| _____ | — |

NOTICE AND MOTION TO SET ASIDE ENTRY OF DEFAULT
CASE NO.: _3 15-CV-05076_____; PAGE ____ OF ____ *[JDC TEMPLATE - rev. 2017]*

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

## I.  NOTICE OF MOTION

PLEASE TAKE NOTICE that on *[date]*

___06/29/2018_____, at *[time]*

_____, at *[courtroom number and address]*

_____,

before the Honorable *[judge's name]*

BRIERS_____, I will, and hereby do, move

for an order granting this Motion to Set Aside Entry of Default. The motion will be based on this

Notice and Motion, the Memorandum of Points and Authorities below, the Declaration(s) of *[names of*

*people who wrote declarations]*

_____

and the [Proposed] Order.

## II.  ISSUES TO BE DECIDED
*[The main issue for the Court is listed here. If there are issues you are asking the Court to decide in this Motion, list them below.]*

1.  Whether the plaintiff would be prejudiced if the entry of default is set aside.

2.  Whether the defendant can assert a meritorious defense.

3.  Whether the defendant is culpable for the default.

4.  _____

_____

_____

## I.  MEMORANDUM

### A.  <u>Statement of Facts</u>
*[Write the facts relevant to this Motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the Instructions for more detail.]*

_____

_____

_____

_____

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE FROM COURT

_____

_____

_____

_____

## B. **Argument**

*[Complete each section 1-3 to explain why the Court should grant your motion. If you listed any other issues on page 2, add an Argument section for each of those issues. Provide facts, with citations to evidence, and case law/statutes (if you have any). Add more pages as needed.]*

The Court may grant relief from entry of default for "good cause." Fed. R. Civ. Proc. 55(c). The "good cause" inquiry involves three factors: (1) whether the plaintiff would be prejudiced if the entry of default is set aside; (2) whether the defendant has a meritorious defense; and (3) whether defendant's culpable conduct led to the default. *See Brandt v. Am. Bankers*, 653 F.3d 1108, 1111 (9th Cir. 2011). Wagstaffe, et al., *The Wagstaffe Group: Federal Civil Procedure Before Trial* (LexisNexis 2017), ¶40.319-40.320, § 40-XII[C][10][a][iii]-[iv], p.40-85.

### 1.    **Setting Aside the Default Will Not Prejudice Plaintiff**

Setting aside the default will not prejudice Plaintiff. "Being forced to litigate on the merits cannot be considered prejudicial because a plaintiff would have had to do so anyway had there been no default." *Yan v. Gen. Pot, Inc.*, 78 F. Supp. 3d 997, 1005 (N.D. Cal. Jan. 13, 2015) (citation omitted). Likewise, delay in resolution of the case is insufficient to establish prejudice. *Bateman v United States Postal Service*, 231 F.3d 1220, 1224-25 (9th Cir. 2000); *see also* Wagstaffe, et al., *The Wagstaffe Group: Federal Civil Procedure Before Trial* (LexisNexis 2017), ¶40.323, § 40-XII[C][10][a][vi], p.40-86.

Here, Plaintiff cannot show prejudice that would justify the drastic step of prohibiting Defendant from defending this case on the merits.

*[when the alleged event occurred vs. when P filed the complaint; when default entered; facts are known to plaintiff; discovery already conducted; D's good faith efforts to defend the case on the merits or settle decreases the risk for fraud or collusion]*

_____

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2.    **Defendant Has A Meritorious Defense**

A meritorious defense sufficient to set aside entry of default consists of allegations that, if
established at trial, would constitute a valid defense. *Mesle,* 615 F.3d at 1094. The burden on a
defendant to demonstrate a meritorious defense "is not extraordinarily heavy." *Id.* Instead, all that is
necessary to satisfy the "meritorious defense" requirement is to allege sufficient facts that, if true,
would constitute a defense: the question whether the factual allegation is true is not to be determined
by the court when it decides the motion to set aside default. *United States v. Aguilar*, 782 F.3d 1101,
1107 (9th Cir. 2015) (citations omitted). Rather, that question will be the subject of the later
litigation. *Id.*

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

*[All defenses, including personal and subject matter jurisdiction, failure to state a claim, and factual defenses]*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

_____

_____

_____

_____

_____

_____

_____

_____

### 3.    Defendant Is Not Culpable for the Default

The Ninth Circuit has "typically held that a defendant's conduct was culpable ... where there is no explanation of the default inconsistent with a devious, deliberate, willful, or bad faith failure to respond." *TCI Group,* 244 F.3d at 698.  To treat an unsophisticated, unrepresented defendant's actions as culpable, the defendant "must have acted with bad faith, such as an 'intention to take advantage of the opposing party, interfere with judicial decisionmaking, or otherwise manipulate the legal process.'" *See Mesle,* 615 F.3d at 1094 (quoting *TCI Group*, 244 F.3d at 697).  [Where a defendant has filed responsive pleadings, it is reasonable to determine that the defendant is not proceeding in bad faith.  *See FOC Fin. Ltd. P'ship v. Nat'l City Commercial Capital Corp.*, 612 F. Supp. 2d 1080, 1083 (D. Ariz. 2009).]

Defendant's efforts show there was no bad faith attempts to take advantage of the opposing party, interfere with judicial decision making, or otherwise manipulate the legal process.

[*responsive pleadings, efforts taken to defend the lawsuit, including visiting the Legal Help Center, with citations to Declaration*]

_____

_____

_____

_____

_____

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

_____

_____

*[You must sign and date.]*

Respectfully submitted,


Date: _____    Sign Name: _____

Print Name: _____

*Pro se*

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

*Insert a copy of this page as needed to continue or add a section, or to write an introduction.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

FAILING HEALTH AND INABILITY TO COMMUNICATE IN WRITING PLUS DISTANCE
FROM COURT

---