IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-05616-CRB<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED PURSUANT TO RULE 41(B) AS TO DEFENDANTS ALAMEDA COUNTY, AHERN, AND PANCONI** |

On July 2, Defendants Alameda County, Ahern, and Panconi filed a motion to dismiss the First Amended Complaint. Plaintiff Jason Washington has missed the July 16 deadline to file an opposition. Accordingly, Washington is **ORDERED TO SHOW CAUSE ON OR BEFORE AUG. 7, 2018,** why his case should not be dismissed as to those defendants for failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: July 27, 2018

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge