# Affidavit of James Craig

I James Craig of 31 Park Road Dunragit Stranraer Scotland swear under penalty of perjury that the evidence I give is the whole truth and nothing but the truth so help me god

signed this day 17 september 2018

*[signature]*

1